EASTERN CONTRACTING COMPANY, Appellant, *v.* THE CITY OF NEW YORK, Respondent.

Argued March 10, 1937; decided March 25, 1937.

*John L. Wells* for appellant.

*Paul Windels, Corporation Counsel* (*Oren C. Herwitz* and *Paxton Blair* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.